**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| **LILLIE K. BRENT** § | |
| Plaintiff § | |
| § | |
| V. § | No.  5:06CV228 |
| § | |
| **JO ANNE B. BARNHART,** § | |
| Commissioner of Social § | |
| Security Administration, § | |
| Defendant § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration.  No objections to the Report and Recommendation were filed.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that Defendant's Stipulated Motion to Remand (Dkt. No. 3) is hereby **GRANTED**.  It is further

**ORDERED** that Plaintiff's above-entitled and numbered civil action is **REMANDED** to the Commissioner for further administrative proceedings pursuant to sentence 6 of sections 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and 1383(c)(3). Upon receipt of the Court's Order, the Appeals Council will remand the case to an Administrative Law Judge for a *de novo* hearing within 90 days.  It is further

**ORDERED** that all motions not previously ruled on are **DENIED**, and the referral order is **VACATED**.  It is further

**ORDERED** that the Clerk of the Court shall **ADMINISTRATIVELY CLOSE** the above-entitled and numbered cause of action.

**SIGNED this 26th day of January, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE